UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62232 | Judge William P. Dimitrouleas

ANISSA ALONZO and JAMES ALONZO,

        Plaintiffs,

v.

BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET MANUFACTURING, LLC, BIOMET U.S. RECONSTRUCTION, LLC, and ZIMMER BIOMET HOLDINGS, INC.,

        Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Anissa Alonzo and James Alonzo and Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet Manufacturing, LLC, Biomet U.S. Reconstruction, LLC, and Zimmer Biomet Holdings, Inc. (collectively, the "Parties") reached a settlement agreement for all claims asserted in this matter. The Parties are in the process of finalizing the settlement and will submit the final stipulation for dismissal with prejudice once the settlement details are complete.

Date: May 15, 2023

Respectfully submitted,

By:   */s/ Jeffrey L. Haberman*
      Jeffrey L. Haberman (Florida Bar No. 0098522)
      jhaberman@schlesingerlaw.com
      SCHLESINGER LAW OFFICES, P.A.
      1212 Southeast Third Avenue
      Fort Lauderdale, Florida 33316
      Telephone: (954) 320-9507

      *Counsel for Plaintiffs*

By:    */s/ Traci T. McKee*
Traci T. McKee
Florida Bar No. 53088
Faegre Drinker Biddle & Reath LLP
1050 K Street NW, Suite 400
Washington, DC 20001
T: (202) 312-7028
traci.mckee@faegredrinker.com
*Admitted only in Florida; supervision by principals of the firm admitted to the D.C. bar.*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed on the Court's CM/ECF system, which will provide notice to all counsel of record.

Date: May 15, 2023          By:   */s/ Traci T. McKee*
                                  Traci T. McKee

                                  *Counsel for Defendants*