UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-62232-WPD

ANISSA ALONZO and JAMES
ALONZO,

    Plaintiffs,

v.

BIOMET, INC., BIOMET ORTHOPEDICS,
LLC, BIOMET MANUFACTURING, LLC,
BIOMET U.S. RESONCSTRUCTION, LLC,
and ZIMMER BIOMET HOLDINGS, INC.,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Joint Notice of Settlement, filed May 15, 2023. *See* [DE 150] (the "Notice"). The Notice states that the parties have reached a settlement in this case. *See id.* The Court is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. All pending motions are **DENIED AS MOOT;**

2. On or before **Thursday, May 18, 2023 at 12:00 noon**, the parties shall file the appropriate dismissal papers;

3. Failure to file a stipulation of dismissal or to move for a continuance of trial on or before that deadline shall result in counsel being required to attend calendar call for this case, scheduled for **10:00 a.m. on Friday, May 19, 2023**;

4. If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2023.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

---

[1] "[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) … **the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction**." *Anago Franchising, Inc. v. Shaz, LLC,* 677 F. 3d 1272, 1280 (11th Cir. 2012)(emphasis added).