UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-62232-WPD

ANISSA ALONZO and JAMES ALONZO,

    Plaintiffs,

v.

BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET MANUFACTURING, LLC, BIOMET U.S. RESONCSTRUCTION, LLC, and ZIMMER BIOMET HOLDINGS, INC.,

    Defendants.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 152], filed herein on May 18, 2023. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 152] is hereby **APPROVED**;

2. The case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement; and

4. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 18th day of May, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record