# EXHIBIT A



Menu    Favorites    Find transaction

Information Reporting / Transaction Research / Transactions

Dashboard | Reports | **Transaction Research** | Statements | Images

Search

Transactions



Transaction Details

| | |
|---|---|
| Date: | 07/06/2023 |
| Account Number: | ▮▮▮0708 |
| Bank ID: | ▮▮▮0012 |
| Transaction: | Outgoing Money Transfer Debit (495) |
| Currency: | USD |
| Amount: | ▮▮▮ |
| Credit/Debit: | Debit |
| Customer Ref #: | 0000000000 |
| Bank Reference: | ▮▮▮9616 |
| Value Date: | |
| Immediate Avail: | |
| 1 Day Float: | |
| 2 Day Float: | |
| Text: | WIRE TYPE:WIRE OUT DATE:070623 TIME:1702 ET<br>TRN: ▮▮▮9616 SERVICE REF:018036<br>FED IMAD: ▮▮▮8036<br>RELATED REF: ▮▮▮2662<br>ORIG:BIOMET ELEC DISB ID: ▮▮▮0708<br>BNF:SCHLESINGER LAW OFFICES P.A. NA NA NA US ID: ▮▮▮8029<br>BNF BK:JPMORGAN CHASE BANK NA ID: ▮▮▮4131<br>INT BK: ID:<br>RECV BK: ID:<br>PAYMENT DETAILS:<br>IOLTA TRUST ACCOUNT |